

SEALED

UNSEALED 8/22/13 km

FILED
AUG 0 6 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO.: |
| ) | |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF: |
| ) | |
| v. ) | '13 MJ 2975 |
| ) | Title 18, U.S.C. §2252(a)(2) Distribution |
| Joseph NGUYEN, ) | of Images of Minors Engaged in Sexually |
| ) | Explicit Conduct; Title 18 U.S.C. |
| Defendant. ) | §2252(a)(4)(B) – Possession of Images of |
| ) | Minors Engaged in Sexually Explicit |
| ) | Conduct |

The undersigned Complainant, being duly sworn, states:

### Count One

On or about October 23, 2012, within the Southern District of California, defendant Joseph NGUYEN did knowingly distribute visual depictions, that is digital and computer images, using any means or facility of interstate and foreign commerce and that has been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contains materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

### Count Two

On or about January 29, 2013, within the Southern District of California, defendant Joseph NGUYEN did knowingly possess one or more matters, that is computer hard drive(s) and computer media containing digital and computer

1

1  images which contained visual depictions that had been mailed, shipped and
2  transported in interstate and foreign commerce, and which were produced using
3  materials which have been mailed, shipped and transported in interstate and
4  foreign commerce, by any means including by computer, the production of which
5  involved the use of a minor engaging in sexually explicit conduct, as defined in
6  Title 18, United States Code, Section 2256(2), and which visual depictions were of
7  such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).
8  And the complainant states that this complaint is based on the attached Statement
9  of Facts incorporated herein by reference.

11  And the complainant states that this complaint is based on the attached
12  Statement of Facts incorporated herein by reference.

Edward Coderes, Special Agent
Homeland Security Investigations
US Immigration and Customs Enforcement

Sworn to me and subscribed in my presence this 6 day of August, 2013

UNITED STATES MAGISTRATE JUDGE

1

## STATEMENT OF FACTS

3

4       On October 23, 2013, I downloaded one (1) suspect child pornography video file through a file sharing program connected to IP address 66.91.246.27. The downloaded file is entitled "(Pthc) Real Pedo Porn XXX! (Preteen Lolitas Frifam Hussyfan r@ygold) 09". This video file is a collection of a few different movie files put together to make this file. The file depicts a several different pre-pubescent females engaged in intercourse with adult males and being digitally penetrated by adult males.

      On January 29, 2013, at approximately 0600 hours, a federal search warrant was executed at 10176 Zapata Avenue, San Diego, CA 92126, the physical location of the aforementioned IP address above. The residence was secured without incident and agents encountered Joseph NGUYEN. During the interview, NGUYEN was told he was free to leave and not under arrest. Initially, NGUYEN agreed to be interviewed by agents, however, during the course of the interview NGUYEN showed signs of nervousness; he was mildly shaking and developed a slight stutter when speaking. NGUYEN then invoked his right to counsel and left the residence.

      A Sager Laptop and two (2) loose hard drives were seized from NGUYEN's residence. A forensic analysis was completed on those items. The Sager Laptop with Corsair 120 GB hard drive, Seagate 500 GB loose hard drive and a Western Digital 2 Terabyte loose hard drive seized from NGUYEN's bedroom provided positive results for child pornography.

      A forensic analysis conducted by HSI computer forensic agents (CFA) on the Sager Laptop, model# P151HM1, with the hard drive, Corsair 120 GB, model: Force SATA-3 has Windows 7 Ultimate for an operating system that has an installation date of 11/11/12, 08:32:15 AM (PST); and has a last shutdown date of

1  01/29/13, 07:45:36 AM (PST). The registered owner for this computer is "Sager".
2  The HSI CFA found two (2) suspect child pornography images within the allocated
3  space. These images were provided by the HSI CFA in an evidence output DVD
4  that I reviewed.
5      I conducted a review of the evidence output DVD provided by the HSI CFA
6  regarding the results for the Sager Laptop. The CFA identified approximately two
7  (2) image files of suspected child pornography images. I conducted a review of
8  these image files and determined they both depicted child pornography.
9      Below is a description and details pertaining to one (1) of the two (2) suspect
10 child pornography images found in the Sager Laptop. Name:
11 9b0a4ff17c9de030f058112049207192.19[1].jpg. This image depicts a naked pre-
12 pubescent boy approximately ten (10) years old who is inserting his erect penis
13 into the vagina of an adult female who is lying on a bed with a printed bed cover.
14 The adult female's legs are suspended in the air with her feet, covered in pink
15 colored socks, which nearly touches the pre-pubescent boy's head. On the bottom
16 right-hand corner of the picture the title "NUTEEN.NET" is posted.
17     A forensic analysis was also conducted by HSI CFA on the Seagate 500 GB
18 loose hard drive (LHD002), serial number 5VJA0S0H. There's no operating
19 system found in LHD002, however, the CFA found references to file sharing
20 programs (P2P) LimeRunner and FrostWire. The CFA also found, within the
21 LimeRunner.props file, the aforementioned IP address and the same Global
22 Unique Identifier (GUID) 7DDF0AA8B6980DDC4CAB7FF12B007400, I found
23 during the course of my investigation. Moreover, the CFA discovered the
24 LimeRunner.props.file list the "DIRECTORY_FOR_SAVING_FILES" AS
25 "c\:\\Users\\Sager\Shared", where numerous suspect movie files were located in
26 the file path "\Backup11082012\Users\Sager\Shared\", including the movie I
27 downloaded during the course of my investigation entitled, "(Pthc 2012) Real Pedo
28 Porn XXX! (Preteen Lolitas Frifam Hussyfan r@ygold) 09".

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact of this continuing investigation.

_____
Edward Coderes, Special Agent
Homeland Security Investigations
US Immigration and Customs Enforcement