Print Form



# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

USA

                                     **Plaintiff,**

                  **V.**

Joseph Nguyen

                                    **Defendant.**

FILED

3/28/2014

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:      V. Mosqueda , Deputy

**Criminal Case No.** 13-cr-03447-MMA

**STRICKEN DOCUMENT:**

Motion

**Per Order #**    40

38