Joy Bertrand, Esq.
PO Box 2734
Scottsdale, Arizona 85252-2734
Telephone: 480-656-3919
Fax: 480-361-4694
joyous@mailbag.com
www.joybertrandlaw.com
Arizona State Bar No. 024181
Pro Hac Vice
ATTORNEY FOR: DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 13-CR-3447 |
| v. | **Affidavit of Daniel Libby** |
| JOSEPH NGUYEN, | |
| Defendant. | |

I, Daniel Libby, to submit the following statement under penalty of perjury:

1. I am the Director and Chief Examiner for Digital Forensics, Inc.

2. I have been qualified as an expert witness regarding computer forensics in several state and federal courts, to include testimony in at least twenty five (25) child pornography cases.

3. I have reviewed the evidence in this case, to include the search warrant and its supporting affidavit.

4. The search warrant affidavit is based upon the Department of Homeland Security linking its download of contraband to a Cox ISP address in San Diego.

Page 1

5. An ISP address can be associated with a particular address, because the Internet Protocol (IP) address identified during the investigative process will indicate the ISP who assigns and manages that IP address (e.g. COX Communication, Inc.) and the IP address is constructed in a manner which identifies that ISP and the basic geographic area for which that IP address is assigned. Further identification of which specific customer is assigned that IP address is accomplished through government employment of the subpoena process.

6. Simply because a data transfer is associated with an ISP address does not mean that the data is at that residence.

7. The data could have travelled through a wireless router which is connected to the modem and ultimately to the ISP.

8. If the wireless router is not password-protected, then anyone who is within that router's WIFI range can access the Internet via the assigned ISP.

9. Additionally, simply because data travelled through an Internet connection at a specific physical address on one date, it is not reasonable to expect that the data still is at the address months later.

10. In my training and experience, material such as that downloaded by the Government in October 2012 can be stored on a variety of devices that are inherently portable.

11. This kind of material can be stored on laptop computers, external (e.g. removable) hard drives, and even some cell phones.

12. Those kinds of devices are designed to be portable and not be affixed to a specific place.

13. Material stored on such devices cannot be reasonably expected to still be at the same location three months after an online download from them.

Submitted under penalty of perjury this _____ day of March, 2014.

_____
Daniel Libby