**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSEPH NGUYEN,<br><br>    Defendant. | Case No.  13cr3447-MMA<br><br>**AMENDED ORDER OF CRIMINAL FORFEITURE** |

On September 12, 2016, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of Defendant JOSEPH NGUYEN ("Defendant") in the following properties:

  a. Corsair Force SATA-3 hard disk drive, Serial No. 11520510000008950268;

  b. OCZ Technology hard drive, unknown model, Serial No. 026801108009677;

  c. Seagate Momentus 7200.4 hard drive, Serial No. 5VJA0S0H;

  d. Seagate Momentus 5400.5 hard drive, Serial No. 5SX0C2KR;

  e. Western Digital My Book Essential hard drive, Serial No. WMAZA1476964M; and

  f. All visual depictions described in § 2252 and matters which contain such visual depictions.

//

//

For thirty (30) consecutive days ending on November 26, 2016, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the properties.

On February 24, 2017, the Defendant filed a Notice of Appeal with the United States Court of Appeals.

On December 31, 2018, the United States Court of Appeals affirmed the decision of the United States District Court as to the Defendant.

There were no potential third parties known to the United States to have alleged an interest in the forfeited properties; therefore, no one was provided with direct notice of the forfeiture.

More than thirty (30) days have passed following the final date of notice by publication, and no third party has made a claim to or declared any interest in the forfeited properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of JOSEPH NGUYEN and any and all third parties in the following properties are hereby condemned, forfeited and vested in the United States of America:

    a. Corsair Force SATA-3 hard disk drive, Serial No. 11520510000008950268;

    b. OCZ Technology hard drive, unknown model, Serial No. 026801108009677;

    c. Seagate Momentus 7200.4 hard drive, Serial No. 5VJA0S0H;

    d. Seagate Momentus 5400.5 hard drive, Serial No. 5SX0C2KR;

  e. Western Digital My Book Essential hard drive, Serial No. WMAZA1476964M; and

  f. All visual depictions described in § 2252 and matters which contain such visual depictions.

IT IS FURTHER ORDERED that costs incurred by the United States Homeland Security Investigations ("HSI") and any other governmental agencies which were incident to the seizure, custody and storage of the properties be the first charge against the forfeited properties.

IT IS FURTHER ORDERED that HSI shall dispose of the forfeited properties according to law.

DATED: May 29, 2020

*[signature]*
Hon. Michael M. Anello
United States District Judge